IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

`Motion GRANTED.`

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00044 |
| | ) | JUDGE TRAUGER |
| BRANDEN FRADY | ) | |

## MOTION TO CONTINUE TRIAL
## AND EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Branden Frady moves to continue his July 2 trial and to extend the time for filing pretrial motions until 28 days prior to any new trial date. Mr. Frady is incarcerated and currently serving a sentence for a separate state matter.

In support of this motion, the defendant would show the following: Defense counsel has received discovery in this matter, but has not yet had an opportunity to review and discuss the discovery with Mr. Frady. Additionally, Mr. Frady has a lengthy and complicated medical history. Defense counsel is in the process of obtaining medical records to determine their relevance both for pretrial motions, for trial, and for determining Mr. Frady's ability to proceed in this matter. However, counsel has not yet received these records.

Simply put, the defense team is not yet in a position to try this matter, and Mr. Frady is not yet in a position to make a knowing and intelligent decision as to how he should proceed. The defense therefore requests additional time to investigate and prepare pretrial motions and otherwise prepare this matter for trial.

Counsel has discussed the possibility of a continuance with Mr. Frady, who concurs in the request and has reviewed and signed a speedy trial waiver.