
Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:13-00044 |
| | ) | JUDGE TRAUGER |
| | ) | |
| BRANDEN FRADY | ) | |

## MOTION TO CONTINUE TRIAL
## AND EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Branden Frady moves to continue his August 20, 2013, trial and to extend the time for filing pretrial motions until 28 days prior to any new trial date. Mr. Frady is incarcerated and currently serving a sentence for a separate state matter.

In support of this motion, the defendant would show the following: Counsel has now obtained most but not all medical records and information regarding Mr. Frady's medical status at the time of the instant offense. Counsel now needs to review these voluminous medical records to assess Mr. Frady's ability to discuss and assist in the defense of his case and to assess possible trial defenses. Defense counsel also has received discovery in this matter but has not yet reviewed with Mr. Frady.

The defense team is not yet in a position to try this matter, and Mr. Frady is not yet in a position to make a knowing and intelligent decision as to how he should proceed. The defense therefore requests additional time to investigate and prepare pretrial motions and otherwise prepare this matter for trial.

Counsel has discussed the possibility of a continuance with Mr. Frady, who concurs in the request and has reviewed and signed a speedy trial waiver.