**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

==Motion GRANTED.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:13-00044 |
| | ) | JUDGE TRAUGER |
| | ) | |
| BRANDEN FRADY | ) | |

### MOTION TO RETURN DEFENDANT TO STATE CUSTODY
### PENDING TRIAL

Through counsel, defendant Branden Frady (TOMIS ID #00460049) moves the Court to return him to state custody pending further federal proceedings. Mr. Frady's federal trial currently is set on November 26, 2013.

In support of this motion, Mr. Frady would show the following:

1.      Mr. Frady currently is serving a Tennessee state sentence at the Riverbend Maximum Security Institution in Nashville, Tennessee. The Tennessee Department of Corrections website reflects that this sentence will expire on January 15, 2016.

2.      Mr. Frady was produced in federal court in this case pursuant to a Writ of Habeas Corpus Ad Prosequendum. (D.E. 8).

3.      Mr. Frady has a lengthy mental health history and has had ongoing adjustment issues at the local jail where the U.S. Marshals are housing him.

4.      Mr. Frady requests to return to state custody so that he can have better access to medical care.

5.      Counsel attempted to contact Assistant U.S. Attorney Van Vincent, but has not been able to reach him.