# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00044 |
| | ) | Judge Trauger |
| BRANDEN FRADY, a/k/a "Brandon Frady," | ) | |
| | ) | |

# **O R D E R**

The defendant's Motion to Continue Trial And Extend Time For Filing Pretrial Motions (Docket No. 35) is **GRANTED IN PART**. By separate order, the trial is being reset for May 27, 2014. It is further **ORDERED** that pretrial motions shall be filed by April 14, 2014, with responses due April 28, 2014.

It is so **ORDERED**.

ENTER this 7th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge