Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:13-00044 |
| | ) | JUDGE TRAUGER |
| | ) | |
| BRANDEN FRADY | ) | |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Branden Frady moves to extend the time for filing pretrial motions until November 12, 2013. This matter currently is set for trial on November 26, 2013.

In support of this motion, the defendant would show the following: Mr. Frady has a lengthy medical history, particularly related to mental health. Counsel has obtained many relevant records, but is still receiving additional medical records and is evaluating how to proceed with this medical information. Counsel is investigating Mr. Frady's current medical and mental status, as well as at the time of the instant offense. Until counsel has full medical information, counsel cannot determine the need for filing pretrial motions in this matter and cannot determine Mr. Frady's ability to discuss and assist in the defense of his case. For the same reasons, counsel anticipates it may be necessary to file a motion to continue the November 26 trial date by separate motion.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047