IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00044 |
| | ) | JUDGE TRAUGER |
| BRANDEN FRADY | ) | |

## POSITION OF BRANDEN FRADY
## WITH RESPECT TO SENTENCING FACTORS

Through counsel, defendant Branden Frady advises that he has no objections to the sentencing guidelines calculations in the presentence report. Mr. Frady will be filing a Sentencing Memorandum under separate cover.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2014, I electronically filed the foregoing Position Statement with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Mr. Van S. Vincent, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT