UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

UNITED STATES OF AMERICA   )
                           )   Case No. 1:13-00044
v.                         )   JUDGE TRAUGER
                           )
BRANDEN FRADY              )

### UNITED STATES' POSITION WITH RESPECT TO SENTENCING FACTORS

The United States has received the pre-sentence report prepared in this case and has no objection to the information or guideline computations therein. As set forth in the plea agreement, Plea Agreement R. 52 PageID# 112, the United States requests the Court impose a sentence of 77 months imprisonment and that the defendant's sentence not exceed 77 months.

Respectfully submitted,

DAVID RIVERA
UNITED STATES ATTORNEY

/s/Van S. Vincent
Van S. Vincent
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Caryll Alpert
810 Broadway
Suite 200
Nashville, TN 37203

/s/ Van S. Vincent
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615/736-5151